Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
19, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed July 19, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00648-CV

____________

 

IN RE DOROTHY JOHNSON, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On June 29, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In her petition, relator
sought to have this court compel the Honorable Rory R. Olsen, presiding judge
of Harris County Probate Court No. 3, to set aside his order signed May 31,
2005, denying relator=s motion for protective order and to
quash a subpoena and direct respondent to grant relator=s requested relief.  

Relator has not established that she is
entitled to mandamus relief.  Accordingly,
we deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed July 19, 2005.

Panel consists of
Justices Yates, Anderson and Hudson.